1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8
9 Charles Thompson,               No. CV-18-02710-PHX-RCC
10                 Petitioner,     **ORDER**
11 v.
12 Charles L Ryan, et al.,
13                 Respondents.
14

15     On April 2, 2019, Magistrate Judge Leslie A. Bowman issued a Report and
16 Recommendation ("R&R") in which she recommended the Court dismiss Plaintiff Charles
17 Thompson's Complaint as time–barred. (Doc. 12.) The R&R notified the parties they had
18 fourteen (14) days from the date of the R&R to file any objections. No objections have
19 been filed.

20     If neither party objects to a magistrate judge's report and recommendation, the
21 District Court is not required to review the magistrate judge's decision under any specified
22 standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute guiding
23 review of a magistrate judge's recommendation "does not preclude further review by the
24 district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard."
25 *Thomas*, 474 U.S. at 154.

26     The Court has reviewed and considered the original Petition (Doc. 1), Judge
27 Bowman's screening order (Doc. 4), Respondent's response (Doc. 11), and the R&R (Doc.
28 12). The Court finds the R&R well–reasoned and agrees with Judge Bowman's

conclusions.

Accordingly, IT IS ORDERED the R&R is ADOPTED (Doc. 12) and Plaintiff's Petition Under 28 U.S.C. §2254 for a Writ of Habeas Corpus by a Person in State Custody (Non-Death Penalty) (Doc. 1) is DISMISSED WITH PREJUDICE. The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 23rd day of April, 2019.

Honorable Raner C. Collins
Senior United States District Judge